UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>           Plaintiff,<br><br>     v.<br><br>PREMIER HOME FUNDING, INC., a California corporation; WORLD SAVINGS BANK, FSB; WACHOVIA BANK, N.A., and JOEL MADERA CANDELARIO,<br><br>           Defendants. | Case No.   C08 04606 JW<br><br>[Hon. James Ware, District Judge]<br><br>ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF RE: LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS |

Pursuant to the Stipulation of the Parties and for GOOD CAUSE APPEARING THEREFOR:

The Court's July 1, 2009 Scheduling Order is hereby modified as follows: The Laste Date for Hearing Dispositive Motion is now March  22 , 2010 which represents the next available hearing date consistent with Plaintiff counsel's availability.  The hearing on Defendant Wachovia Mortgage's Motion for Summary Judgment or Partial Summary Judgment will be heard on that date 9:00 a.m.

IT IS SO ORDERED.

DATED:   January 12, 2010

*James Ware*
JAMES WARE
UNITED STATES DISTRICT JUDGE

1                                                   CASE NO. C08 04606 JW
ORDER GRANTING STIPULATED MOTION FOR ADMINISTRATIVE RELIEF