Annette D. Kirkham, Esq.
  annettek@lawfoundation.org
Kim Pederson, Esq.
  kimp@lawfoundation.org
James Zahradka, Esq.
  jamesz@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 N. 3rd St., 3rd Floor
San Jose, CA 95112
Tel: (408) 293-4790; Fax: (408) 293-0106

Attorneys for Plaintiff
BERNARDO REYES

Fred Hickman (#124406)
  fhickman@afrct.com
Robert A. Bailey (#214688)
  rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant
WORLD SAVINGS BANK, FSB
renamed and now
WACHOVIA MORTGAGE, a division
of Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES, | Case No. C08 04606 JW |
| Plaintiff, | [Hon. James Ware, District Judge] |
| v. | JOINT STIPULATION FOR ORDER TO TAKE THE DEPOSITION OF STEPHEN SATISH DASS |
| PREMIER HOME FUNDING, INC., a California corporation; WORLD SAVINGS BANK, FSB; WACHOVIA BANK, N.A.; and JOEL MADERA CANDELARIO, | Trial Date: May 12, 2010 |
| Defendants. | |

1  The parties hereby stipulate by and through their respective counsel as follows:

2  1.  All parties request that the Court lift the discovery cut-off date and grant them permission to take the deposition of Stephen Satish Dass ("Mr. Dass"). Counsel have agreed to a deposition of Mr. Dass on April 27, 2010, to take place in Orange County, California. Counsel for Plaintiff may participate by telephone.

3  2.  Mr. Dass's testimony is believed to be central to issues in this matter. His signature is on Plaintiff's loan application generated by the defendant broker, Premier Home Funding, Inc. ("Premier"), which is alleged by Plaintiff to contain inflated income figures. Further, Mr. Dass is believed to be or have been the Chief Executive Officer of Premier at all pertinent times.

4  3.  Mr. Dass was only recently located by the efforts of an investigator hired by counsel for Defendant Wachovia, and the personal efforts of its counsel, Fred Hickman. Not until Wednesday March 31 did counsel Hickman obtain from Mr. Dass a usable address for service of process.

Dated: April 13, 2010

ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP

By: /s/ Fred Hickman
Fred Hickman
fhickman@afrct.com
Attorneys for Defendant and Cross-Complainant
World Savings Bank, renamed and now a division
of Wells Fargo Bank, N.A.

Dated: April 13, 2010

FAIR HOUSING PROJECT LAW
FOUNDATION OF SILICON VALLEY

By: /s/ Annette D. Kirkham
Annette D. Kirkham
annettek@lawfoundation.org
Attorneys for Plaintiff
BERNARDO REYES

[signatures continued next page]

| | |
|---|---|
| Dated: April 13, 2010 | LAW OFFICES OF REX T. REEVES |
| | By: /s/ Rex T. Reeves |
| | Rex T. Reeves |
| | rreeves@reeveslawoffices.com |
| | Attorneys for Cross-Defendant and Cross-Claimant The Escrow Forum, Inc. |

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Frederick J. Hickman, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2010, at Pasadena, California.

/s/ Fred Hickman
Fred Hickman

**ORDER**

For good cause shown by the parties' Joint Stipulation For Order To Take The Deposition Of Stephen Satish Dass,

IT IS ORDERED THAT:

The discovery cut-off is extended to allow the deposition of Stephen Satish Dass.

Dated: _____4/15/10_____

*Patricia V. Trumbull*

United States ~~District~~ Judge
Magistrate