1  ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
   annettek@lawfoundation.org
2  KIM PEDERSON (STATE BAR NO. 234785)
   kimp@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   LAW FOUNDATION OF SILICON VALLEY
4  151 North Third Street, Third Floor
5  San Jose, CA 95112
   Telephone:  (408) 280-2410
6  Facsimile:  (408) 293-0106
7  Attorneys for Plaintiff BERNARDO REYES

8   Fred Hickman (State Bar No. 124406)
       fhickman@afrct.com
9   ANGLIN, FLEWELLING, RASMUSSEN
           CAMPBELL & TRYTTEN LLP
10  199 S. Los Robles Ave., Suite 600
    Pasadena, California  91101-2459
11  Tel: (626) 535-1900
12  Fax:  (626) 577-7764

13  Attorneys for Defendant and Third-Party Plaintiff
    WORLD SAVINGS BANK, FSB
14  now WACHOVIA MORTGAGE, a division of
    WELLS FARGO BANK, N.A. (formerly a.k.a.
15  WACHOVIA MORTGAGE, FSB)

16                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
                         SAN JOSE DIVISION
19

20  BERNARDO REYES,                    Case No. C08-04606 JW

21          Plaintiff,

22      v.                             [PROPOSED]
                                       ORDER ON STIPULATION FOR
23  PREMIER HOME FUNDING, INC. et al.,  WACHOVIA MORTGAGE TO FILE THIRD-
                                        PARTY COMPLAINT IN IMPLEADER
24
           Defendants.
25

26  AND RELATED THIRD-PARTY
27  COMPLAINTS

28
                                       1

PROPOSED ORDER ON STIP TO FILE 3RD PARTY COMPLAINT
IN IMPLEADER  -  207097                              Case No. C08-04606 JW

1    ALL PARTIES hereby stipulate to the proposed order permitting Defendant and Third-

2  Party Plaintiff Wachovia Mortgage, a division of Wells Fargo Bank, N.A., ("Wachovia") to file

3  and serve the proposed Third-Party Complaint, and on the following terms.

4    1.    The new parties and claims added in the Wachovia Third-Party Complaint shall not

5  be a factor in the trial setting of Plaintiff's case or the liability phase of Wachovia's pending third-

6  party complaint against The Escrow Forum.

7    2.    New information came to light as a result of several recent depositions which

8  indicate that additional impleader is appropriate.  These depositions were those of (1) Mr. Satish

9  Dass, principal of Premier Home Funding, which occurred on April 27; (2) the deposition of

10  Plaintiff Bernardo Reyes, which occurred on May 27; and, (3) the deposition of Plaintiff's spouse,

11  which commenced on June 3.

12    3.    The persons that Wachovia seeks to add by way of its Third-Party Complaint for

13  indemnity and related remedies are all intimately involved with the loan origination put at issue by

14  Plaintiff.  The new Third-Party Complaint by Wachovia would add the loan broker's principal and

15  supervising real estate broker, Satish Dass, and the entity which brokered this loan, Premier Home

16  Funding, Inc. and its related company Premier Group Lending, the sales manager of Premier, Mr.

17  Chirag Patel, a person believed to have been involved as a sales agent of Premier, Mr. David

18  Gradstein, as well as the persons who were involved in a direct capacity with purportedly

19  delivering or not delivering loan documents and obtaining signatures on loan documents from

20  Plaintiff and his spouse, Olga Salazar, namely: Rafael Montejano, Joel Candelario and Guadalupe

21  Montoya Candelario.  Already, The Escrow Forum has named and served the Candelarios and Mr.

22  Montejano in its third-party claim in this action.  The new parties brought in would be Satish Dass,

23  Chirag Patel, and David Gradstein, persons directly involved in the brokered loan on behalf of

24  Premier, it is alleged.

25    4.    A true and correct copy of Wachovia's proposed Third-Party Complaint is attached

26  hereto as Exhibit "A."

27    [signatures of counsel on next page]

28

PROPOSED ORDER ON STIP TO FILE 3RD PARTY COMPLAINT
IN IMPLEADER  -  207097

1    IT IS SO STIPULATED.

2    Dated:  June 10, 2010                              **FAIR HOUSING LAW PROJECT**

3

4                                                        /s/ Annette D. Kirkham
                                                         Annette D. Kirkham
5                                                        Attorneys for Plaintiff
                                                         BERNARDO REYES
6

7

8

9    Dated:  June 10, 2010                    ANGLIN, FLEWELLING, RASMUSSEN
                                                        CAMPBELL & TRYTTEN LLP
10

11                                            By:    /s/ Fred Hickman
                                                     Fred Hickman
12                                                   fhickman@afrct.com
                                              Attorneys for Defendant Attorneys for Defendant
13                                            and Third-Party Plaintiff WORLD SAVINGS
                                              BANK, FSB now WACHOVIA MORTGAGE, a
14                                            division of  WELLS FARGO BANK, N.A.
                                              (formerly a.k.a. WACHOVIA MORTGAGE, FSB)
15

16

17

18   Dated: June 11, 2010                     L. Scott Karlin, Esq.

19                                            By:    /s/ L. Scott Karlin
                                                     L. Scott Karlin
20                                                   Email:
                                              Attorneys for Cross-Defendant, The Escrow Forum
21

22

23              ATTESTATION PURSUANT TO GENERAL ORDER 45

24        I, Frederick J. Hickman, attest that concurrence in the filing of this document has been
     obtained from each of the signatories.  I declare under penalty of perjury under the laws of the
25   United States of America that the foregoing is true and correct.  Executed this day, June 10, 2010.

26                                                 /s/ Fred Hickman

27

28
                                                 3
PROPOSED ORDER ON STIP TO FILE 3^(RD) PARTY COMPLAINT
IN IMPLEADER  -  207097

1

**[PROPOSED] ORDER**

2

**IT IS ORDERED:**

3

For good cause appearing and based on the stipulation of counsel, Defendant and Third-

4

Party Plaintiff Wachovia Mortgage, a division of Wells Fargo Bank, N.A. (formerly named World

5

Savings Bank, FSB and Wachovia Mortgage, FSB) may file the Third-Party Complaint, dated

6

June 10, 2010, and the clerk of the court shall issues summonses as appropriate.

7

The Defendant and Third Party Plaintiff Wachovia Mortgage shall file their Third-Party Complaint as a separate docket entry by **June 25, 2010.**

8

Dated:     June 21, 2010

The Honorable James Ware

9

United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PROPOSED ORDER ON STIP TO FILE 3RD PARTY COMPLAINT
IN IMPLEADER  -  207097