| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | KARLIN LAW OFFICES<br>L. Scott Karlin (SBN 90605)<br>lsk@karlinlaw.com<br>13522 Newport Avenue, Suite 201<br>Tustin, California  92780<br>Telephone: (714) 731-3283<br>Facsimile: (714) 731-5741 |

IT IS SO ORDERED
*James Ware*
Judge James Ware
6/29/2010

LAW OFFICES OF REX T. REEVES
Rex T. Reeves (SBN 136842)
rreeves@reeveslawoffices.com
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-8500
Facsimile: (714) 731-5741

Attorneys for "Cross-Defendant" and
Third-Party Plaintiff THE ESCROW FORUM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-- SAN JOSE DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>          Plaintiff,<br><br>     v.<br><br>PREMIER HOME FUNDING, INC., a California corporation; WORLD SAVINGS BANK, FSB; WACHOVIA BANK, N.A.; AND JOEL MADERA CANDELARIO,<br><br>          Defendants.<br>───────────────────────<br>WACHOVIA MORTGAGE, FSB,<br><br>          Cross-claimant,<br><br>     v.<br><br>THE ESCROW FORUM, a California corporation,<br><br>          Cross-defendant. | Case No. C08 04606 JW<br><br>[Hon. James Ware, District Judge]<br><br>**NOTICE OF DISMISSAL *WITHOUT PREJUDICE* OF CLAIMS OF THE ESCROW FORUM AGAINST RAFAEL MONTEJANO** |

CASE C08 04606 JW -- NOTICE OF DISMISSAL

| | |
|---|---|
| 1 | |
| 2 | THE ESCROW FORUM, a California corporation, |
| 3 | |
| 4 | Third-Party Plaintiff, |
| 5 | v. |
| 6 | PREMIER HOME FUNDING, INC., a California corporation; JOEL MADERA CANDELARIO, an individual; G.M. CANDELARIO, an individual; and RAFAEL MONTEJANO, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Third-Party Defendants. |
| 11 | |
| 12 | WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. |
| 13 | |
| 14 | Third-Party Plaintiff, |
| 15 | v. |
| 16 | SATISH STEPHEN DASS, a.k.a. SATISH DASS, an individual; CHIRAG PATEL, an individual; PREMIER HOME FUNDING, INC., a California corporation; PREMIER GROUP LENDING, a sole proprietorship or partnership; DAVID GRADSTEIN, an individual; JOEL CANDELARIO, an individual; RAFAEL MONTEJANO, an individual; GUADALUPE MONTOYA CANDELARIO, a.k.a. G.M. CANDELARIO, an individual; and ROES 1-25, |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Third-Party Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

"Cross-Defendant"[1] and Third-Party Plaintiff The Escrow Forum hereby dismisses *without prejudice* all claims it has asserted in this action against Rafael Montejano, who has not appeared in this action.[2]

This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  June 25, 2010

**KARLIN LAW OFFICES**

**LAW OFFICES OF REX T. REEVES**

By:    /s/ Rex T. Reeves
    Rex T. Reeves
Attorneys for "Cross-Defendant" and Third Party Plaintiff
THE ESCROW FORUM

---

[1] The term "Cross-Defendant" is in quotation marks because Wachovia Mortgage used this term, incorrectly, when it named The Escrow Forum in this action.

[2] To avoid any confusion, this dismissal applies to the claims asserted by The Escrow Forum against Rafael Montejano in the "Cross-Claim" filed by The Escrow Forum on March 24, 2010 and in the "Third Party Complaint" filed by The Escrow Forum on March 25, 2010 (which superseded the March 24, 2010 filing).