1 ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
2 KIM PEDERSON (STATE BAR NO. 234785)
Kimp@lawfoundation.org
3 FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
4 152 North Third Street, Third Floor
San Jose, CA 95112
5 Telephone: (408) 280-2410
6 Facsimile: (408) 293-0106

7 Attorneys for Plaintiff BERNARDO REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| BERNARDO REYES, | ) Case No. C08-04606 JW |
|---|---|
| Plaintiffs, | ) |
| | ) NOTICE OF SETTLEMENT AND |
| v. | ) STIPULATION OF DISMISSAL |
| | ) SUBJECT TO SETTLEMENT |
| PREMIER HOME FUNDING, ET AL., | ) AGREEMENT; [PROPOSED] ORDER |
| | ) |
| Defendants. | ) |

Plaintiff Bernardo Reyes and Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A. (formerly World Savings Bank FSB then Wachovia Mortgage FSB) (hereinafter "the parties") have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing Wachovia from this action with prejudice, subject to the terms of the settlement agreement executed by the parties. So stipulated.

Date: 7/14/2010

FAIR HOUSING LAW PROJECT

_____
Kim Pederson
Attorneys for Plaintiff Bernardo Reyes

Date: July 14, 2010

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

_____
Fred Hickman
Attorneys for Defendant and Third-Party Plaintiff Wachovia Mortgage, a division of Wells Fargo Bank, N.A. (formerly World Savings Bank FSB then Wachovia Mortgage FSB)

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that the action against Wachovia Mortgage, a division of Wells Fargo Bank, N.A. (formerly World Savings Bank, FSB then Wachovia Mortgage FSB) is dismissed with prejudice subject to the terms of the settlement agreement executed by the parties.

Dated: July 15, 2010

_____
The Honorable James Ware
United States District Court