ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
KIM PEDERSON (STATE BAR NO. 234785)
Kimp@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff BERNARDO REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

BERNARDO REYES,

    Plaintiffs,

v.

PREMIER HOME FUNDING, ET AL.,

    Defendants.

Case No. C08-04606 JW

NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER

Plaintiff Bernardo Reyes and Defendant Joel M. Candelario (hereinafter "the parties") have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing Joel M. Candelario from this action with prejudice, subject to the terms of the settlement agreement executed by the parties.

So stipulated.

| | |
|---|---|
| 1  Date: | FAIR HOUSING LAW PROJECT |
| 2 | |
| 3 | /s/_____<br>Annette D. Kirkham |
| 4 | Attorneys for Plaintiff Bernardo Reyes |
| 5  Date: 3/8/11 | |
| 6 | /s/ *Karin Easter Gurwell* |
| 7 | Karin Easter Gurwell<br>Attorneys for Defendant<br>Joel M. Candelario |

1  Date: 3/9/11

FAIR HOUSING LAW PROJECT

/s/ _____
Annette D. Kirkham
Attorneys for Plaintiff Bernardo Reyes

5  Date:

/s/ _____
Karin Easter Gurwell
Attorneys for Defendant
Joel M. Candelario

[~~PROPOSED~~] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that Plaintiff Bernardo Reyes's complaint against Joel M. Candelario is dismissed with prejudice subject to the terms of the settlement agreement executed by the parties.

Dated: March 11, 2011

*James Ware*
The Honorable James Ware
United States District Chief Judge