UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARDO REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>PREMIER HOME FUNDING, INC. et al.,<br><br>    Defendants<br><br>AND RELATED THIRD-PARTY COMPLAINTS | CASE NO.: 3:08-CV-04606-JSW<br><br>[The Honorable Jeffrey S. White]<br><br>**ORDER GRANTING STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

The Court, having read and considered defendants Wells Fargo and The Escrow Forum's Stipulation to Reschedule the Case Management Conference, and good cause appearing, finds:

The Stipulation to Reschedule the Case Management Conference is GRANTED.

**ACCORDINGLY, IT IS ORDERED:**

1.  The Case Management Conference is rescheduled from December 13, 2013 to January ~~10~~ 17, 2014, 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

/ / /

/ / /

| | |
|---|---|
| 1 | 2. Case Management Statements shall be due five court days prior to the new Case |
| 2 | Management Conference date. Wells Fargo shall either file a motion or a stipulation to transfer this action, setting forth sufficient supporting facts, by no later than January 6, 2013. |
| 3 | |
| 4 | Dated: December 5, 2013 _____ |
| 5 | UNITED STATES DISTRICT JUDGE |

95451/000076/00768558-1

2

CASE NO.: 3:08-cv-04606-JSW
ORDER GRANTING STIPULATION TO
RESCHEDULE THE CASE MANAGEMENT CONF.