IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARDO REYES,

    Plaintiff,

v.

PREMIER HOME FUNDING, INC., et al.,

    Defendants.
_____/

Related Third-Party Claims.
_____/

No. C 08-04606 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In the motion to reopen this action, defendant, formerly World Savings Bank, FSB, renamed to Wachovia Mortgage, FSB and now merged into Wells Fargo Bank, N.A. ("Wells Fargo") requested that this action be transferred to the Central District of California. However, Wells Fargo did not formerly move to transfer or make a showing that this action should be transferred. Therefore, in the Order continuing the case management conference, the Court directed Wells Fargo to either file a motion or a stipulation to transfer this action, setting forth sufficient supporting facts, by no later than January 6, 2014. Wells Fargo failed to comply with this Order. The Court HEREBY EXTENDS the deadline for Wells Fargo to either file a motion or a stipulation to transfer this action, setting forth sufficient supporting facts, by no later than January 22, 2014. Wells Fargo is admonished that failure to comply with this Order, or any

///

///

other Orders of this Court, will be sanctioned. The Court FURTHER ORDERS that the case management conference is CONTINUED to February 14, 2014.

**IT IS SO ORDERED.**

Dated: January 9, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2