IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO REYES, | |
| Plaintiff, | No. C 08-04606 JSW |
| v. | |
| PREMIER HOME FUNDING, INC., et al., | **ORDER TRANSFERRING ACTION** |
| Defendants. | |
| Related Third-Party Claims. | |

On February 6, 2014, the Court issued an Order to Show Cause ("OSC") why this case should not be transferred to the Central District of California pursuant to 28 U.S.C. § 1404(a). The parties were ordered to respond to the OSC in writing by no later than February 21, 2014. The only party to file a response by this deadline was Wells Fargo Bank, N.A. ("Wells Fargo"). Wells Fargo stated that it did not oppose transfer. Hearing no objections to transferring this action, the Court HEREBY TRANSFERS this action to the Central District of California. The Clerk shall close this file and shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: March 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

BERNARDO REYES,

        Plaintiff,

  v.

PREMIER HOME FUNDING, INC, ET AL et al,

        Defendant.

                                 /

Case Number: CV08-04606 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chirag Ramji Patel
Quality Inn & Suites Amarillo
1803 S. Lakeside Dr.,
Amarillo, TX 79118

G.M. Candelario
8592 Fairmont Circle
Westminster, CA 92683

Joel Madera Candelario
8592 Fairmont Circle
Westminster, CA 92683

Dated: March 3, 2014

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk