Fred Hickman (# 124406)
 fhickman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel:  (626) 535-1900 | Fax:   (626) 577-7764

Attorneys for Counter-Claimant and Third-Party Plaintiff , WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. (formerly named WORLD SAVINGS BANK, FSB then WACHOVIA MORTGAGE, FSB) ("Wachovia") [since merged into Wells Fargo Bank, N.A. (collectively "Wachovia/Wells Fargo")]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO REYES,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HOME FUNDING, INC. et al.,<br><br>Defendants.<br>_____<br>WACHOVIA MORTGAGE, FSB;<br>Cross-claimant,<br><br>v.<br><br>THE ESCROW FORUM, a California corporation,<br><br>Cross-defendant. | Case No.:  2:14-CV-01587-CAS-SH<br><br>**[PROPOSED] ORDER TERMINATING REMAINDER OF ACTION IN ITS ENTIRETY AND GRANTING STIPULATION FOR DISMISSAL <u>WITH PREJUDICE</u> OF WACHOVIA/WELLS FARGO'S CLAIMS AGAINST THE ESCROW FORUM AND THE CANDELARIOS, AND DISMISSING <u>WITHOUT PREJUDICE</u> THE THIRD PARTY COMPLAINT OF WACHOVIA/WELLS FARGO AS TO ALL OTHER THIRD-PARTY DEFENDANTS NAMED THEREIN**<br><br>[Assigned to the Hon. Christina A. Snyder, Judge] |

| | |
|---|---|
| 1 | THE ESCROW FORUM, a California corporation, |
| 2 | |
| 3 | Cross-Claimant, |
| 4 | |
| | v. |
| 5 | |
| 6 | PREMIER HOME FUNDING, INC., a California corporation; JOEL MADERA CANDELARIO, an individual; G.M. CANDELARIO, an individual; and RAFAEL MONTEJANO, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Cross-Defendants. |
| 11 | |
| 12 | WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. |
| 13 | |
| 14 | Third-Party Plaintiff, |
| 15 | v. |
| 16 | |
| 17 | SATISH STEPHEN DASS, a.k.a. SATISH DASS, an individual; CHIRAG PATEL, an individual; PREMIER HOME FUNDING, INC., a California corporation; PREMIER GROUP LENDING, a sole proprietorship or partnership; DAVID GRADSTEIN, an individual; JOEL CANDELARIO, an individual; RAFAEL MONTEJANO, an individual; GUADALUPE MONTOYA CANDELARIO, a.k.a. G. M. CANDELARIO, an individual; and ROES 1-25. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third-Party Defendants. |
| 27 | |
| 28 | |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

After consideration of the Parties' Stipulation for Dismissal Pursuant to Federal Rule of Procedure 41(a) and (c), and **FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. All claims asserted by WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. (formerly named WORLD SAVINGS BANK, FSB then WACHOVIA MORTGAGE, FSB) ("Wachovia")[since merged into Wells Fargo Bank, "N.A. (collectively herein "Wachovia/Wells Fargo")] against The Escrow Forum in this action, originally asserted in the document styled "Cross-Claim" against The Escrow Forum filed on January 15, 2010 (Document No. 76), be dismissed <u>with prejudice</u>, each Party to bear its own fees and costs, The Escrow Forum being the sole cross-defendant named therein.

2. All claims asserted by Wachovia/Wells Fargo against Joel Candelario and Guadalupe Montoya Candelario aka G.M. Candelario (collectively herein the "Candelarios"), originally asserted in the "Third-Party Complaint" against the Candelarios and others filed June 22, 2010 (Doc. No. 111), be dismissed <u>with prejudice as to the Candelarios only</u>, each Party to bear his, her or its own costs and fees.

3. Wachovia/Wells Fargo's Third-Party Complaint (Doc. No. 111) be dismissed in its entirety, voluntarily, under Rule 41(c), <u>without prejudice</u>, as to all other third-party defendants named therein and in its entirety. This includes dismissal of the individual Chirag Patel, the only party other than the Candelarios who answered the Third-Party Complaint.

**IT IS SO ORDERED.**

Dated: February 5, 2016

*Christine A. Snyder*
UNITED STATES DISTRICT JUDGE